UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2021__
```

TRACY MOOD,

                              Plaintiffs,

        -against-

WESTCHESTER COUNTY, et al.,

                              Defendants.

19 cv 2017 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On March 12, 2021, the Court issued an Order to Show Cause directing Plaintiff Tracy Mood ("Mood" or "Plaintiff") to show cause in writing on or before April 13, 2021 why his claims against Defendants should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 62.) The Clerk of Court mailed a copy of the Order to Show Cause to Plaintiff on March 15, 2021 and that mailing was returned to the Court as undeliverable on March 31, 2021. Plaintiff has not responded to the Order to Show Cause.

Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of Court is directed to terminate the motion at ECF No. 58 as moot, mail a copy of this order to pro se Plaintiff at the address on ECF, and show service on the docket.

Dated:   April 14, 2021
         White Plains, New York

                                        SO ORDERED:

                                        _____
                                        NELSON S. ROMÁN
                                        United States District Judge